IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LASONYA SPIDELL, :

    Plaintiff, :

                                             Case No. 3:12cv00039
                              :

vs.                                  District Judge Walter H. Rice
                              :       Chief Magistrate Judge Sharon L. Ovington

CAROLYN W. COLVIN,
Commissioner of the Social :
Security Administration,

                              :

    Defendant.

                              :

## DECISION AND ENTRY

       The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #20), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

       It is therefore **ORDERED** that:

    1.    The Report and Recommendations docketed on July 7, 2016 (Doc. #20) is ADOPTED in full;

    2.    Plaintiff's Attorney's Motion For An Award Of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. #18) is GRANTED;

3. The Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $10,583.00;

4. Plaintiff's counsel is ordered to refund directly to Plaintiff the amount, $3,835.61, previously awarded under the Equal Access to Justice Act; and

5. The case remains terminated on the Court's docket.

_____
Walter H. Rice
United States District Judge